CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 27 2021

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **DONNAMARIE NOBILI,** Administrator of the Estate of **JOHN C. TOMER,** Deceased, | ) Case No. 4:21-cv-22 ) ) |
| Plaintiff | ) |
| v. | ) By: Michael F. Urbanski ) Chief United States District Judge |
| **CHEVRON U.S.A., INC., et al.,** | ) ) |
| Defendant | ) |

## ORDER OF DISMISSAL

The parties to this case have filed a joint stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, ECF No. 172. Accordingly, this case is hereby **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court, with each party to bear its own costs and attorneys' fees.

It is so **ORDERED**.

Entered: September 24, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.09.24 10:48:42 -04'00'

Michael F. Urbanski
Chief United States District Judge